Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−32563−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Fanya Lynette Feggins
    dba Gift Baskets by Fanya
    P.O. Box 827
    Montclair, NJ 07042

Social Security No.:
    xxx−xx−4972

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/13/2018 and a confirmation hearing on such Plan has been scheduled for 1/9/2019.

The debtor filed a Modified Plan on 4/2/2019 and a confirmation hearing on the Modified Plan is scheduled for 5/8/2019 at 8:30am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: April 3, 2019
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-32563-SLM
Fanya Lynette Feggins                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 3              Date Rcvd: Apr 03, 2019
                            Form ID: 186           Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
```
db            +Fanya Lynette Feggins,    P.O. Box 827,    Montclair, NJ 07042-0827
517872746     +Allstate Ins.,    2775 Sanders Rd.,    NorthBrook, IL 60062-6127
517880715     +Allstate Insurance,    Po Box 660598,    Dallas, TX 75266-0598
517872736     +City of M VA,    PO Box 975,    Newport News, VA 23607-0975
517935297     +City of Newport News Virginia,    City Attorney's office/Joseph M Durant,
               2400 Washington Avenue, 9th floor,    Newport News, VA 23607-4301
517880708     +City of Newport News Virginia,    Commissioner of Revenue,    2400 Washington Avenue,
               Newport News, VA 23607-4389
517880705     +Convergent Outsourcing,    Po Box 9004,    Renton, WA 98057-9004
517873158      Cox Communications,    6205-B Peachtree,    Atlanta, GA 30328
517872741      Dept. of Educ Navient,    Wilkes Barre, PA
517873159      Dominion Energy,    Dominion Way,    Richmond, VA
517880707     +Dominion Energy Virginia,    Po Box 26543,    Richmond, VA 23290-0001
517872744     +EZ Pass,    375 McCarter Hwy,    Newark, New Jersey 07114-2563
518159140     +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
518159141     +Experian,    PO Box 9701,    Allen, TX 75013-9701
517880722     +First Premier Credit,    601 So. Minnesota Avenue,
               Sioux Falls, South Dakota, 57104. 57104-4824
517872743     +First Virginia,    14350 F. Warwick Blvd.,    Newport News, VA 23602-3800
517880713     +First Virginia,    14350F Warwick Blvd.,    Newport News, VA 23608. 23602-3800
517880720     +Geico,    300 Executive Drive,    #240,    West Orange, NJ 07052-3325
517872738     +LM Hickory,    d/b/a Results Unlimited,    244 Mustang Trail,    VA Beach, VA 23452-7510
517880698     +LM Hickory Townhomes,    dba Hickory Point LLC,    Attn: Tariq Louka, Esq.,
               and Results Unlimited,    244 Mustang Trail,    Virginia Beach, VA. 23452-7510
517880704     +Labi Investment, LLC,    Attn: Akeem Mustapha,    6858 Guinevere Dr,    Charlotte, NC 28277-0085
517872739     +Labi Investments,    6303 Windsor Gate W,    Charlotte, NC 28215-4225
517873163     +Montclair Township,    641 Bloomfield Avenue,    Montclair, NJ 07042-2804
517880697     +NJ EZ Pass  New Jersey Turnpike Authority,    Po Box 4971,    Trenton, NJ 08650-4971
517880721     +National Recovery Services LLC,    5651 Main Street,    Suite 8-345,
               Williamsville, NY 14221-5569
517880702     +PAM, LLC, New Jersey E-Z Pass,    PO Box 1642,    Milwaukee, WI 53201-1642
517872745      Paycheck Direct,    6250 Ridgewood Rd.,    St. Chid, MN 56395
517872740     +Priority Buy Here,    7520 N. Military Way,    Norfolk, VA 23518-4319
517880696     +Priority Buy Here Pay Here,    7454 N. Military Highway,    Building 2,    Norfolk, VA 23518-4306
517873161     +Progressive Ins.,    6300 Wilson Mills Road,    Mayfield Village, OH 44143-2182
517880716     +Progressive Insurance,    959 US 46,    Parsippany, NJ 07054-3409
518159132    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
               PO Box 245,    Trenton, NJ 08695-0245)
517880709     +State of Maryland,    80 Calvert Street,    Annapolis, MD 21401-1907
517880700     +State of North Carolina,    Department of Revenue,    Bankruptcy Unit,    Attn: Jennifer,
               Po Box 1168,    Raleigh, NC 27602-1168
517872737     +Ste of No. Carolina,    3200 Atlantic Ave.,    Raleigh, NC 27604-1668
517880703     +TD Bank,    Po Box 5094,    Mt. Laurel, NJ 08054. 08054-5094
517873164      The General,    Nashville, TN
517880712     +The General Insurance,    One Nationwide Plaza,    Columbus, Ohio 43215-2220
517880710     +Township of Montclair,    205 Claremont Avenue,    Montclair, NJ 07042-3401
518159143     +Trans Union,    PO Box 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 23:41:16      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 23:41:12      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 03 2019 23:45:31
               CAPITAL ONE Auto Finance a division of Capital One,    AIS Portfolio Services, LP,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 23:45:29
               Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517947492      E-mail/Text: DocumentFiling@lciinc.com Apr 03 2019 23:40:05      13/7, LLC,    PO BOX 1931,
               Burlingame, CA 94011
517872742     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 03 2019 23:45:35      Capital One Auto,
               7933 Preston Rd.,    Plano, TX 75024-2359
517880714     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 03 2019 23:45:35
               Capital One Auto Finance,    7933 Preston Road,    Plano, TX 75024-2302
517877154     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 03 2019 23:46:48
               Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517908544     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 03 2019 23:46:50
               Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517880701     +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 03 2019 23:41:59
               Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
```

```
District/off: 0312-2            User: admin              Page 2 of 3                  Date Rcvd: Apr 03, 2019
                                Form ID: 186             Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518159146        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2019 23:45:29      Credit One Bank,
                  PO Box 98872,    Las Vegas, NV 89193-8872
518159133        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2019 23:45:28      Credit One Bank,
                  Attn: Bankruptcy Department,     PO Box 98873,    Las Vegas, NV 89193-8873
518159147         E-mail/Text: mrdiscen@discover.com Apr 03 2019 23:40:13       Discover Financial,    PO Box 15316,
                  Wilmington, DE 19850
518159139        +E-mail/Text: mrdiscen@discover.com Apr 03 2019 23:40:13       Discover Financial,    PO Box 3025,
                  New Albany, OH 43054-3025
517873162        +E-mail/Text: lynn.colombo@duke-energy.com Apr 03 2019 23:41:50       Duke Energy,
                  550 So Tryon Street,    Charlotte, NC 28202-4200
517880706        +E-mail/Text: lynn.colombo@duke-energy.com Apr 03 2019 23:41:50       Duke Energy,
                  550 S Tryon Street,    Charlotte, NC 28202-4200
517880719        +E-mail/Text: astreeter@ercopco.com Apr 03 2019 23:42:13       Elizabeth River Tunnels,
                  700 Port Center Parkway,    Suite 2B,    Portsmouth, VA 23704-5901
517872735         E-mail/Text: bankruptcy@glsllc.com Apr 03 2019 23:40:06      Global Lending,
                  1200 Brookfield Blvd,    Greenville, SC 29607
517880699         E-mail/Text: bankruptcy@glsllc.com Apr 03 2019 23:40:06      Global Lending Services,
                  PO Box 10437,    Greenville, SC 29603.
517980494         E-mail/Text: bankruptcy@glsllc.com Apr 03 2019 23:40:06      Global Lending Services LLC,
                  1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518159131        +E-mail/Text: cio.bncmail@irs.gov Apr 03 2019 23:40:36      IRS,   PO Box 7316,
                  Philadelphia, PA 19101-7316
518011832         E-mail/PDF: pa_dc_claims@navient.com Apr 03 2019 23:46:51
                  Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                  Wilkes-Barre, PA 18773-9635
517880717        +E-mail/PDF: pa_dc_claims@navient.com Apr 03 2019 23:45:32      Navient Student Loans,
                  Department of Education Student Loans,    220 Lasley Avenue,
                  Wilkes-Barre, PA 18706. 18706-1430
517880711        +E-mail/Text: bnc-bluestem@quantum3group.com Apr 03 2019 23:41:48       Paycheck Direct,
                  6250 Ridgewood Road,    St. Cloud, MN 56395. 56395-2001
517914281        +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 03 2019 23:41:29       Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
518159142         E-mail/Text: colleen.atkinson@rmscollect.com Apr 03 2019 23:42:05
                  Receivalbe Management Inc.,    7206 Hull Rd, Ste. 211,    Richmond, VA 23235
518159148        +E-mail/Text: colleen.atkinson@rmscollect.com Apr 03 2019 23:42:05
                  Receivalbe Management Inc.,    PO Box 17305,    Richmond, VA 23226-7305
517873160        +E-mail/Text: dl-csgbankruptcy@charter.com Apr 03 2019 23:42:11       Spectrum,
                  400 Atlantic Street,    10th Floor,    Stamford, CT 06901-3512
517880718        +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Apr 03 2019 23:41:26
                  State Farm Insurance,    One State Farm Plaza,    Bloomington, IL 61710-0001
517871998        +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 23:45:16       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517872747        Northbrook
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Apr 03, 2019
                              Form ID: 186             Total Noticed: 70
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Global Lending Services, LLC rsolarz@kmllawgroup.com
          Scott E. Tanne    on behalf of Debtor Fanya Lynette Feggins ecf@tannelaw.com,
           tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 4