| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>    FANYA LYNETTE FEGGINS |

Order Filed on July 11, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  18-32563 SLM

Hearing Date:  7/10/2019

### INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: July 11, 2019

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): FANYA LYNETTE FEGGINS

Case No.: 18-32563

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 07/10/2019 on notice to SCOTT E TANNE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay the Trustee $500.00 by 7/24/2019 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further

- ORDERED, that the Motion will be adjourned to 7/24/2019 at 10:00 a.m.