| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 26, 2019 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
| IN RE:<br><br>    FANYA LYNETTE FEGGINS | Case No.:  18-32563 SLM<br><br>Hearing Date:  7/24/2019 |

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 26, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case 18-32563-SLM    Doc 74    Filed 07/28/19    Entered 07/29/19 00:40:18    Desc Imaged
                          Certificate of Notice    Page 2 of 3

Debtor(s):  FANYA LYNETTE FEGGINS

Case No.:  18-32563

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

   THIS MATTER having come before the Court on 07/24/2019 on notice to SCOTT E TANNE ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $150.00 to the Trustee's office by 7/31/2019 or the case will be

  dismissed; and it is further

- ORDERED, that the Motion will be adjourned to 8/14/2019 at 10:00 a.m..

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-32563-SLM
Fanya Lynette Feggins                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 26, 2019
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.
db        Fanya Lynette Feggins,    26B Washington Street,    West Orange, NJ    07052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
         Scott E. Tanne    on behalf of Debtor Fanya Lynette Feggins ecf@tannelaw.com,
          tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 4