UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue,
Suite 201
West Orange, New Jersey
07052-5403
(973) 731-9393
Attorneys for PK Realty Corp.

Order Filed on November 14, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Fanya Lynette Feggins,

DEBTOR

Case No.: 18-32563-SLM

Adv. No.:

Judge: Stacey L. Meisel

**CONSENT ORDER CONFIRMING THE
AUTOMATIC STAY DOES NOT APPLY**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**

**DATED: November 14, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Fanya Lynette Feggins
Case no.: 18-32563-SLM
Caption of order: Consent Order confirming the Automatic stay does not apply

This matter having been brought before the Court by Stanziale & Stanziale, P.C., attorneys for PK Realty Corp and the Court having considered the consent order and for good cause shown; and it is

**ORDERED** that the automatic stay of Bankruptcy Code 362(a) does not apply and therefore, PK Realty Corp, may institute or resume and prosecute to conclusion one or more eviction actions in the courts of appropriate jurisdiction to dispossess debtor, Fanya Lynette Feggins, from an apartment (rental premises/leasehold interest) located at 26B Washington Street, West Orange, New Jersey.

I Hereby Consent to Entry of this Order

/s/Christine F. Curran, Esq
Christine F. Curran, Esq.
Attorney For Debtor

/s/Benjamin A. Stanziale, JR.
Benjamin A. Stanziale, Jr.
Attorney for PK Realty Corp.