UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for PK Realty Corp.

Order Filed on November 14, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Fanya Lynette Feggins,

DEBTOR

Case No.: 18-32563-SLM

Adv. No.:

Judge: Stacey L. Meisel

**CONSENT ORDER CONFIRMING THE AUTOMATIC STAY DOES NOT APPLY**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**

**DATED: November 14, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Fanya Lynette Feggins
Case no.: 18-32563-SLM
Caption of order: Consent Order confirming the Automatic stay does not apply

This matter having been brought before the Court by Stanziale & Stanziale, P.C., attorneys for PK Realty Corp and the Court having considered the consent order and for good cause shown; and it is

**ORDERED** that the automatic stay of Bankruptcy Code 362(a) does not apply and therefore, PK Realty Corp, may institute or resume and prosecute to conclusion one or more eviction actions in the courts of appropriate jurisdiction to dispossess debtor, Fanya Lynette Feggins, from an apartment (rental premises/leasehold interest) located at 26B Washington Street, West Orange, New Jersey.

I Hereby Consent to Entry of this Order

/s/Christine F. Curran, Esq

Christine F. Curran, Esq.

Attorney For Debtor

/s/Benjamin A. Stanziale, JR.

Benjamin A. Stanziale, Jr.

Attorney for PK Realty Corp.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                           Case No. 18-32563-SLM
Fanya Lynette Feggins                                            Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1            Date Rcvd: Nov 14, 2019
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db           Fanya Lynette Feggins,    26B Washington Street,    West Orange, NJ   07052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    PK Realty Corp. ben@stanzialelaw.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
              Scott E. Tanne    on behalf of Debtor Fanya Lynette Feggins ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5