| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>    FANYA LYNETTE FEGGINS |

Order Filed on August 27, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-32563 SLM

Hearing Date:  8/26/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 27, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): FANYA LYNETTE FEGGINS

Case No.: 18-32563

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/26/2020 on notice to SCOTT E TANNE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must bring the account current with Trustee payments and/or provide proof of payment by 9/11/2020 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney.