UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for the Debtor(s)

Order Filed on November 17, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Fanya Lynette Feggins**

Debtor(s)

Case No.: 18-32563-SLM

Adv. No.:

Hearing Date: November 17, 2020

Judge:  Stacey L. Meisel

## ORDER FOR SUPPLEMENTAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT TO ATTORNEY FOR DEBTOR(S)

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 17, 2020**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor: Fanya Lynette Feggins
Case No.:  18-32563-SLM
Caption of Order:  Order for Supplemental Allowance of Compensation and Reimbursement to Attorney for Debtors

---

Upon consideration of Debtor's Attorneys application for an order requesting

supplemental allowance fees, and good cause appearing therefore, it is hereby

**ORDERED** that the applicant be and is hereby allowed the following fees and reimbursement of costs, net of credits for sums heretofore received, to wit:

For fees and expenses in consideration of services rendered:

Services: $3,075.00, Expenses: $2.80

After reduction of $345.00 due to an overpayment of the original fee through the Chapter 13 Plan, the amount to be paid pursuant to this order is:

Services: $2,730.00, Expenses: $2.80………… ………..Total: $2,732.80

and it is,

**FURTHER ORDERED** that said sum, an administrative expense of the Debtor's estate in accordance with Sec. 503(b)(2), United States Bankruptcy Code (11 U.S.C. Sec. 503(b)(2)), shall be paid in the following manner:

Outside of the Chapter 13 Plan, directly by Debtor.