**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    FANYA LYNETTE FEGGINS

Order Filed on January 27, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  18-32563 SLM**

**Hearing Date:  1/27/2021**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 27, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  FANYA LYNETTE FEGGINS

Case No.:  18-32563

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/27/2021 on notice to SCOTT E TANNE ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must make January's payment by 1/31/2021 or the case will be dismissed.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    FANYA LYNETTE FEGGINS

**Case No.:  18-32563 SLM**

**Hearing Date:  1/27/2021**


**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s):  FANYA LYNETTE FEGGINS

Case No.:  18-32563

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

    THIS MATTER having come before the Court on 01/27/2021 on notice to SCOTT E TANNE ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must make January's payment by 1/31/2021 or the case will be dismissed.