Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−32563−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fanya Lynette Feggins
   dba Gift Baskets by Fanya
   PO Box 827
   Montclair, NJ 07042

Social Security No.:
   xxx−xx−4972

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/10/21 at 10:00 AM

to consider and act upon the following:

*145* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:144 Application for Compensation for Scott E. Tanne, Debtor's Attorney, period: to, fee: $642.50, expenses: $1.06. Filed by Scott E. Tanne, Fanya Lynette Feggins. Objection deadline is 10/28/2021. (Attachments: # 1 Certification # 2 Exhibit − List of Services # 3 Exhibit − Retainer Agreement # 4 Proposed Order # 5 Certificate of Service) filed by Debtor Fanya Lynette Feggins) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/22/21

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court