Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18−32563−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fanya Lynette Feggins
   dba Gift Baskets by Fanya
   PO Box 827
   Montclair, NJ 07042

Social Security No.:
   xxx−xx−4972

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/12/22 at 10:00 AM

to consider and act upon the following:

*148* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/7/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*150* − Certification in Opposition to Trustee's Certification of Default (related document:148 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/7/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Scott E. Tanne on behalf of Fanya Lynette Feggins. (Attachments: # 1 Facsimile Certification # 2 Certificate of Service) (Tanne, Scott)

Dated: 12/8/21

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court