Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 18−32563−SLM
           Chapter: 13
           Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fanya Lynette Feggins
   dba Gift Baskets by Fanya
   PO Box 827
   Montclair, NJ 07042

Social Security No.:
   xxx−xx−4972

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:    2/15/22
Time:    02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$1,180.00

EXPENSES
$2.12

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 18, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

Case 18-32563-SLM    Doc 158    Filed 01/20/22    Entered 01/21/22 00:15:42    Desc
Imaged Certificate of Notice    Page 2 of 6

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-32563-SLM |
| Fanya Lynette Feggins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 18, 2022 | Form ID: 137 | Total Noticed: 74 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fanya Lynette Feggins, PO Box 827, Montclair, NJ 07042-0827 |
| cr | + | Global Lending Services LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517872746 | + | Allstate Ins., 2775 Sanders Rd., NorthBrook, IL 60062-6127 |
| 517880715 | + | Allstate Insurance, Po Box 660598, Dallas, TX 75266-0598 |
| 517872736 | + | City of M VA, PO Box 975, Newport News, VA 23607-0975 |
| 517935297 | + | City of Newport News Virginia, City Attorney's office/Joseph M Durant, 2400 Washington Avenue, 9th floor, Newport News, VA 23607-4301 |
| 517880708 | + | City of Newport News Virginia, Commissioner of Revenue, 2400 Washington Avenue, Newport News, VA 23607-4389 |
| 517873158 | | Cox Communications, 6205-B Peachtree, Atlanta, GA 30328 |
| 517872741 | | Dept. of Educ Navient, Wilkes Barre, PA |
| 517873159 | | Dominion Energy, Dominion Way, Richmond, VA |
| 518159140 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 518159141 | + | Experian, PO Box 9701, Allen, TX 75013-9701 |
| 517872743 | + | First Virginia, 14350 F. Warwick Blvd., Newport News, VA 23602-3800 |
| 517880713 | + | First Virginia, 14350F Warwick Blvd., Newport News, VA 23608. 23602-3800 |
| 517880720 | + | Geico, 300 Executive Drive, #240, West Orange, NJ 07052-3325 |
| 517872738 | + | LM Hickory, d/b/a Results Unlimited, 244 Mustang Trail, VA Beach, VA 23452-7510 |
| 517880698 | + | LM Hickory Townhomes, dba Hickory Point LLC, Attn: Tariq Louka, Esq., and Results Unlimited, 244 Mustang Trail Virginia Beach, VA. 23452-7510 |
| 517880704 | + | Labi Investment, LLC, Attn: Akeem Mustapha, 6858 Guinevere Dr, Charlotte, NC 28277-0085 |
| 517872739 | + | Labi Investments, 6303 Windsor Gate W, Charlotte, NC 28215-4225 |
| 517873163 | + | Montclair Township, 641 Bloomfield Avenue, Montclair, NJ 07042-3165 |
| 517880721 | + | National Recovery Services LLC, 5651 Main Street, Suite 8-345, Williamsville, NY 14221-5569 |
| 518206678 | + | New Jersey Motor Vehicle Commission, 225 E. State Street, Trenton, NJ 08666-0001 |
| 517880702 | + | PAM, LLC, New Jersey E-Z Pass, PO Box 1642, Milwaukee, WI 53201-1642 |
| 517872745 | | Paycheck Direct, 6250 Ridgewood Rd., St. Chid, MN 56395 |
| 518206676 | + | Plymouth Rock Assurance, Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 518206677 | + | Plymouth Rock Assurance, 695 Atlantic Avenue, boston, MA 02111-2605 |
| 517872740 | + | Priority Buy Here, 7520 N. Military Way, Norfolk, VA 23518-4319 |
| 517880696 | + | Priority Buy Here Pay Here, 7454 N. Military Highway, Building 2, Norfolk, VA 23518-4306 |
| 517873161 | + | Progressive Ins., 6300 Wilson Mills Road, Mayfield Village, OH 44143-2182 |
| 517880709 | + | State of Maryland, 80 Calvert Street, Annapolis, MD 21401-1907 |
| 518159132 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517872737 | + | Ste of No. Carolina, 3200 Atlantic Ave., Raleigh, NC 27604-1668 |
| 517880703 | + | TD Bank, Po Box 5094, Mt. Laurel, NJ 08054. 08054-5094 |
| 517873164 | | The General, Nashville, TN |
| 517880712 | + | The General Insurance, One Nationwide Plaza, Columbus, Ohio 43215-2220 |
| 517880710 | + | Township of Montclair, 205 Claremont Avenue, Montclair, NJ 07042-3401 |
| 518159143 | + | Trans Union, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0312-2 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: 137 | | Total Noticed: 74 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 18 2022 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 18 2022 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 18 2022 22:27:19 | CAPITAL ONE Auto Finance a division of Capital One, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: rmscedi@recoverycorp.com | Jan 18 2022 22:26:53 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517947492 | + Email/Text: documentfiling@lciinc.com | Jan 18 2022 22:17:00 | 13/7, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517872742 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 18 2022 22:27:20 | Capital One Auto, 7933 Preston Rd., Plano, TX 75024-2359 |
| 517880714 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 18 2022 22:27:20 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 517877154 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 18 2022 22:27:28 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517908544 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 18 2022 22:26:50 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517880705 | + Email/Text: convergent@ebn.phinsolutions.com | Jan 18 2022 22:17:00 | Convergent Outsourcing, Po Box 9004, Renton, WA 98057-9004 |
| 517880701 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jan 18 2022 22:17:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518159133 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 18 2022 22:27:20 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518159146 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 18 2022 22:26:51 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518159147 | Email/Text: mrdiscen@discover.com | Jan 18 2022 22:17:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850 |
| 517880707 | Email/Text: DEbankruptcy@domenergy.com | Jan 18 2022 22:17:00 | Dominion Energy Virginia, Po Box 26543, Richmond, VA 23290. |
| 518159139 | + Email/Text: mrdiscen@discover.com | Jan 18 2022 22:17:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 517880706 | + Email/Text: lynn.colombo@duke-energy.com | Jan 18 2022 22:17:00 | Duke Energy, 550 S Tryon Street, Charlotte, NC 28202-4200 |
| 517873162 | + Email/Text: lynn.colombo@duke-energy.com | Jan 18 2022 22:17:00 | Duke Energy, 550 So Tryon Street, Charlotte, NC 28202-4200 |
| 517880719 | + Email/Text: astreeter@ercopco.com | Jan 18 2022 22:18:00 | Elizabeth River Tunnels, 700 Port Center Parkway, Suite 2B, Portsmouth, VA 23704-5901 |
| 517880722 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 18 2022 22:27:29 | First Premier Credit, 601 So. Minnesota Avenue, Sioux Falls, South Dakota, 57104. 57104-4824 |
| 517872735 | Email/Text: bankruptcy@glsllc.com | Jan 18 2022 22:17:00 | Global Lending, 1200 Brookfield Blvd, Greenville, SC 29607 |
| 517880699 | Email/Text: bankruptcy@glsllc.com | Jan 18 2022 22:17:00 | Global Lending Services, PO Box 10437, Greenville, SC 29603. |
| 517980494 | Email/Text: bankruptcy@glsllc.com | Jan 18 2022 22:17:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518159131 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 18 2022 22:17:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 18-32563-SLM    Doc 158    Filed 01/20/22    Entered 01/21/22 00:15:42    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: 137 | Total Noticed: 74 |

| | | | | |
|---|---|---|---|---|
| 517872744 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 18 2022 22:17:00 | EZ Pass, 375 McCarter Hwy, Newark, New Jersey 07114 |
| 517880697 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 18 2022 22:17:00 | NJ EZ Pass New Jersey Turnpike Authority, Po Box 4971, Trenton, NJ 08650. |
| 518011832 | | Email/PDF: pa_dc_ed@navient.com | Jan 18 2022 22:26:51 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517880717 | + | Email/PDF: pa_dc_claims@navient.com | Jan 18 2022 22:27:20 | Navient Student Loans, Department of Education Student Loans, 220 Lasley Avenue, Wilkes-Barre, PA 18706. 18706-1430 |
| 517880711 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 18 2022 22:17:00 | Paycheck Direct, 6250 Ridgewood Road, St. Cloud, MN 56395. 56395-0001 |
| 517914281 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 18 2022 22:17:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518159148 | + | Email/Text: joey@rmscollect.com | Jan 18 2022 22:17:00 | Receivalbe Management Inc., PO Box 17305, Richmond, VA 23226-7305 |
| 518159142 | | Email/Text: joey@rmscollect.com | Jan 18 2022 22:17:00 | Receivalbe Management Inc., 7206 Hull Rd, Ste. 211, Richmond, VA 23235 |
| 517873160 | + | Email/Text: dl-csgbankruptcy@charter.com | Jan 18 2022 22:18:00 | Spectrum, 400 Atlantic Street, 10th Floor, Stamford, CT 06901-3512 |
| 517880718 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Jan 18 2022 22:17:00 | State Farm Insurance, One State Farm Plaza, Bloomington, IL 61710-0001 |
| 517880700 | + | Email/Text: bankruptcynotices@ncdor.gov | Jan 18 2022 22:17:00 | State of North Carolina, Department of Revenue, Bankruptcy Unit, Attn: Jennifer, Po Box 1168, Raleigh, NC 27602-1168 |
| 517871998 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 18 2022 22:27:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518206679 | | Email/Text: bankruptcy@td.com | Jan 18 2022 22:17:00 | TD BAnk, PO Box 1377, Lewiston, ME 04243 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517872747 | | Northbrook |
| 518885385 | *P++ | GLOBAL LENDING SERVICES LLC, 1200 BROOKFIELD BLVD STE 300, GREENVILLE SC 29607-6583, address filed with court:, Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 517880716 | ##+ | Progressive Insurance, 959 US 46, Parsippany, NJ 07054-3409 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 18, 2022 | Form ID: 137 | Total Noticed: 74

Date: Jan 20, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Creditor PK Realty Corp. ben@stanzialelaw.com |
| Denise E. Carlon | on behalf of Creditor Global Lending Services LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Global Lending Services LLC rsolarz@kmllawgroup.com |
| Scott E. Tanne | on behalf of Debtor Fanya Lynette Feggins ecf@tannelaw.com tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7