| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Fanya Lynette Feggins<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4972<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–32563–SLM | | |

# Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Fanya Lynette Feggins
dba Gift Baskets by Fanya

<u>5/11/22</u>                                                   **By the court:** <u>Stacey L. Meisel</u>
                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                **Chapter 13 Discharge**                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-32563-SLM |
| Fanya Lynette Feggins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 11, 2022 | Form ID: 3180W | Total Noticed: 74 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fanya Lynette Feggins, 33 South Willow Street, Montclair, NJ 07042-3309 |
| cr | + | Global Lending Services LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517872746 | + | Allstate Ins., 2775 Sanders Rd., NorthBrook, IL 60062-6127 |
| 517880715 | + | Allstate Insurance, Po Box 660598, Dallas, TX 75266-0598 |
| 517872736 | + | City of M VA, PO Box 975, Newport News, VA 23607-0975 |
| 517935297 | + | City of Newport News Virginia, City Attorney's office/Joseph M Durant, 2400 Washington Avenue, 9th floor, Newport News, VA 23607-4301 |
| 517880708 | + | City of Newport News Virginia, Commissioner of Revenue, 2400 Washington Avenue, Newport News, VA 23607-4389 |
| 517873158 | | Cox Communications, 6205-B Peachtree, Atlanta, GA 30328 |
| 517872741 | | Dept. of Educ Navient, Wilkes Barre, PA |
| 517873159 | | Dominion Energy, Dominion Way, Richmond, VA |
| 518159140 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 518159141 | + | Experian, PO Box 9701, Allen, TX 75013-9701 |
| 517872743 | + | First Virginia, 14350 F. Warwick Blvd., Newport News, VA 23602-3800 |
| 517880713 | + | First Virginia, 14350F Warwick Blvd., Newport News, VA 23608. 23602-3800 |
| 517880720 | + | Geico, 300 Executive Drive, #240, West Orange, NJ 07052-3325 |
| 517872738 | + | LM Hickory, d/b/a Results Unlimited, 244 Mustang Trail, VA Beach, VA 23452-7510 |
| 517880698 | + | LM Hickory Townhomes, dba Hickory Point LLC, Attn: Tariq Louka, Esq., and Results Unlimited, 244 Mustang Trail Virginia Beach, VA. 23452-7510 |
| 517880704 | + | Labi Investment, LLC, Attn: Akeem Mustapha, 6858 Guinevere Dr, Charlotte, NC 28277-0085 |
| 517872739 | + | Labi Investments, 6303 Windsor Gate W, Charlotte, NC 28215-4225 |
| 517873163 | + | Montclair Township, 641 Bloomfield Avenue, Montclair, NJ 07042-3165 |
| 517880721 | + | National Recovery Services LLC, 5651 Main Street, Suite 8-345, Williamsville, NY 14221-5569 |
| 518206678 | + | New Jersey Motor Vehicle Commission, 225 E. State Street, Trenton, NJ 08666-0001 |
| 517880702 | + | PAM, LLC, New Jersey E-Z Pass, PO Box 1642, Milwaukee, WI 53201-1642 |
| 517872745 | | Paycheck Direct, 6250 Ridgewood Rd., St. Chid, MN 56395 |
| 518206676 | + | Plymouth Rock Assurance, Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 518206677 | + | Plymouth Rock Assurance, 695 Atlantic Avenue, boston, MA 02111-2605 |
| 517872740 | + | Priority Buy Here, 7520 N. Military Way, Norfolk, VA 23518-4319 |
| 517880696 | + | Priority Buy Here Pay Here, 7454 N. Military Highway, Building 2, Norfolk, VA 23518-4306 |
| 517880709 | + | State of Maryland, 80 Calvert Street, Annapolis, MD 21401-1907 |
| 518159132 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517872737 | + | Ste of No. Carolina, 3200 Atlantic Ave., Raleigh, NC 27604-1668 |
| 517880703 | + | TD Bank, Po Box 5094, Mt. Laurel, NJ 08054. 08054-5094 |
| 517873164 | | The General, Nashville, TN |
| 517880712 | + | The General Insurance, One Nationwide Plaza, Columbus, Ohio 43215-2220 |
| 517880710 | + | Township of Montclair, 205 Claremont Avenue, Montclair, NJ 07042-3401 |
| 518159143 | + | Trans Union, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 11 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + EDI: AISACG.COM | May 12 2022 00:43:00 | CAPITAL ONE Auto Finance a division of Capital One, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + EDI: RECOVERYCORP.COM | May 12 2022 00:43:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517947492 | + EDI: LCIFULLSRV | May 12 2022 00:43:00 | 13/7, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517872742 | + EDI: CAPONEAUTO.COM | May 12 2022 00:43:00 | Capital One Auto, 7933 Preston Rd., Plano, TX 75024-2359 |
| 517880714 | + EDI: CAPONEAUTO.COM | May 12 2022 00:43:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 517877154 | + EDI: AISACG.COM | May 12 2022 00:43:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517908544 | + EDI: AISACG.COM | May 12 2022 00:43:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517880705 | + EDI: CONVERGENT.COM | May 12 2022 00:43:00 | Convergent Outsourcing, Po Box 9004, Renton, WA 98057-9004 |
| 517873158 | ^ MEBN | May 11 2022 20:48:55 | Cox Communications, 6205-B Peachtree, Atlanta, GA 30328 |
| 517880701 | + EDI: CCS.COM | May 12 2022 00:43:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518159133 | + Email/PDF: creditonebknotifications@resurgent.com | May 11 2022 20:58:28 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518159146 | + Email/PDF: creditonebknotifications@resurgent.com | May 11 2022 20:58:34 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518159147 | EDI: DISCOVER.COM | May 12 2022 00:43:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850 |
| 517880707 | Email/Text: DEbankruptcy@domenergy.com | May 11 2022 20:50:00 | Dominion Energy Virginia, Po Box 26543, Richmond, VA 23290. |
| 518159139 | + EDI: DISCOVER.COM | May 12 2022 00:43:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 517880706 | + Email/Text: lynn.colombo@duke-energy.com | May 11 2022 20:51:00 | Duke Energy, 550 S Tryon Street, Charlotte, NC 28202-4200 |
| 517873162 | + Email/Text: lynn.colombo@duke-energy.com | May 11 2022 20:51:00 | Duke Energy, 550 So Tryon Street, Charlotte, NC 28202-4200 |
| 517880719 | + Email/Text: astreeter@ercopco.com | May 11 2022 20:52:00 | Elizabeth River Tunnels, 700 Port Center Parkway, Suite 2B, Portsmouth, VA 23704-5901 |
| 518159140 | ^ MEBN | May 11 2022 20:47:36 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 518159141 | ^ MEBN | May 11 2022 20:48:42 | Experian, PO Box 9701, Allen, TX 75013-9701 |
| 517880722 | + EDI: AMINFOFP.COM | May 12 2022 00:43:00 | First Premier Credit, 601 So. Minnesota Avenue, Sioux Falls, South Dakota, 57104. 57104-4824 |
| 517872735 | Email/Text: bankruptcy@glsllc.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 11 2022 20:50:00 | Global Lending, 1200 Brookfield Blvd, Greenville, SC 29607 |
| 517880699 | | Email/Text: bankruptcy@glsllc.com | May 11 2022 20:50:00 | Global Lending Services, PO Box 10437, Greenville, SC 29603. |
| 517980494 | | Email/Text: bankruptcy@glsllc.com | May 11 2022 20:50:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518159131 | | EDI: IRS.COM | May 12 2022 00:43:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517872744 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 11 2022 20:50:00 | EZ Pass, 375 McCarter Hwy, Newark, New Jersey 07114 |
| 517880697 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 11 2022 20:50:00 | NJ EZ Pass New Jersey Turnpike Authority, Po Box 4971, Trenton, NJ 08650. |
| 518011832 | | EDI: NAVIENTFKASMDOE.COM | May 12 2022 00:43:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517880717 | + | EDI: NAVIENTFKASMSERV.COM | May 12 2022 00:43:00 | Navient Student Loans, Department of Education Student Loans, 220 Lasley Avenue, Wilkes-Barre, PA 18706. 18706-1430 |
| 517880711 | + | EDI: BLUESTEM | May 12 2022 00:43:00 | Paycheck Direct, 6250 Ridgewood Road, St. Cloud, MN 56395. 56395-0001 |
| 517914281 | + | EDI: JEFFERSONCAP.COM | May 12 2022 00:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517873161 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 11 2022 20:50:00 | Progressive Ins., 6300 Wilson Mills Road, Mayfield Village, OH 44143-2182 |
| 518159148 | + | Email/Text: joey@rmscollect.com | May 11 2022 20:51:00 | Receivalbe Management Inc., PO Box 17305, Richmond, VA 23226-7305 |
| 518159142 | | Email/Text: joey@rmscollect.com | May 11 2022 20:51:00 | Receivalbe Management Inc., 7206 Hull Rd, Ste. 211, Richmond, VA 23235 |
| 517873160 | + | Email/Text: dl-csgbankruptcy@charter.com | May 11 2022 20:52:00 | Spectrum, 400 Atlantic Street, 10th Floor, Stamford, CT 06901-3512 |
| 517880718 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | May 11 2022 20:51:00 | State Farm Insurance, One State Farm Plaza, Bloomington, IL 61710-0001 |
| 517880700 | + | EDI: NCDEPREV.COM | May 12 2022 00:43:00 | State of North Carolina, Department of Revenue, Bankruptcy Unit, Attn: Jennifer, Po Box 1168, Raleigh, NC 27602-1168 |
| 517871998 | + | EDI: RMSC.COM | May 12 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518206679 | | EDI: TDBANKNORTH.COM | May 12 2022 00:43:00 | TD BAnk, PO Box 1377, Lewiston, ME 04243 |
| 518159143 | ^ | MEBN | May 11 2022 20:48:35 | Trans Union, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517872747 | | Northbrook |
| 518885385 | *P++ | GLOBAL LENDING SERVICES LLC, 1200 BROOKFIELD BLVD STE 300, GREENVILLE SC 29607-6583, address filed with court:, Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 517880716 | ##+ | Progressive Insurance, 959 US 46, Parsippany, NJ 07054-3409 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: 3180W | Total Noticed: 74 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2022      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Creditor PK Realty Corp. ben@stanzialelaw.com |
| Denise E. Carlon | on behalf of Creditor Global Lending Services  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Global Lending Services  LLC rsolarz@kmllawgroup.com |
| Scott E. Tanne | on behalf of Debtor Fanya Lynette Feggins ecf@tannelaw.com  tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7